**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| YVETTE OWENS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>       vs.<br><br>CRESTWYN HEALTH GROUP, LLC, d/b/a CRESTWYN BEHAVIORAL HEALTH, and ACADIA HEALTHCARE COMPANY, INC.,<br><br>    Defendants. | Case No. 2:24-CV-2853 |

**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT CRESTWYN
HEALTH GROUP, LLC d/b/a CRESTWYN BEHAVIORAL HEALTH**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Crestwyn Health Group, LLC d/b/a Crestwyn Behavioral Health, through its undersigned counsel of record, hereby certifies as follows:

Crestwyn Health Group, LLC d/b/a Crestwyn Behavioral Health is owned by Acadia Merger Sub, LLC (60% ownership) and Baptist Memorial Health Services, Inc. (40% ownership).

Dated: November 4, 2024.

Respectfully submitted,


/s/ Mary Wu Tullis
_____
Mary Wu Tullis
Tennessee Bar No. 31339
**BAKER DONELSON**
165 Madison Ave., Ste. 2000
Memphis, Tennessee 38103
Tel.: (901) 577-8180
Email: mtullis@bakerdonelson.com

Christopher A. Wiech (*pro hac vice* forthcoming)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Tel.: (404) 459-0050
Fax: (404) 459-5734
Email: cwiech@bakerlaw.com

*Attorneys for Defendants Crestwyn Health
Group, LLC and Acadia Healthcare
Company, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2024, I filed the foregoing with the Clerk of Court and served the foregoing via electronic mail to the following:

J. Gerard Stranch, IV (No. 23045)
Grayson Wells (No. 039658)
Miles Schiller (No. 041531)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel : (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
mschiller@stranchlaw.com

*Attorneys for Plaintiff and Proposed Class*

*/s/* Mary Wu Tullis
Mary Wu Tullis

3